| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **William R Penton III** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–0431** |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Luisa G Penton** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–2358** |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Louisiana** | Date case filed for chapter **13** | **1/9/24** |
| Case number: | **24–10025 Section A Office Code: 2** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | William R Penton III | Luisa G Penton |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1617 N. Starrett Road <br> Metairie, LA 70003 | 1617 N. Starrett Road <br> Metairie, LA 70003 |
| 4. | **Debtor's attorney** <br> Name and address | Jonathan R. DeTrinis <br> DeT Law Firm, LLC <br> 4000 Bienville Street, Suite C–1 <br> New Orleans, LA 70119 | Contact phone 504–722–9711 <br><br> Email: JON@DETLAWFIRM.COM |
| 5. | **Bankruptcy trustee** <br> Name and address | S. J. Beaulieu Jr. <br> 433 Metairie Road <br> Suite 307 <br> Metairie, LA 70005 | Contact phone (504) 831–1313 <br><br> Email: ecf@ch13no.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern District of Louisiana <br> Hale Boggs Federal Building <br> 500 Poydras Street, Suite B–601 <br> New Orleans, LA 70130 | Hours open: <br> 8:30 – 4:30 Monday – Friday <br><br> Contact phone 504–589–7878 <br><br> Date: 1/10/24 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | February 15, 2024 at 01:30 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 995 140 8046, and Passcode 8899407701, OR call 1–504–332–5433**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/15/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/19/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/8/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/27/24** at **11:00 AM** , Location: **TeleConference Line: 1–504–517–1385, Access code: 129611** |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://paacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

United States Bankruptcy Court

Eastern District of Louisiana

In re:     Case No. 24-10025-MSG

William R Penton, III     Chapter 13

Luisa G Penton

    Debtors

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: admin     Page 1 of 4
Date Rcvd: Jan 10, 2024     Form ID: 309I     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | William R Penton, III, Luisa G Penton, 1617 N. Starrett Road, Metairie, LA 70003-5747 |
| 4010355 | + | Dr. Denise Florane, 83453 Neal Cemetary Road, Folsom, LA 70437-7105 |
| 4010359 | + | Gus Fritchie, 400 Poydras Street, Suite 2700, New Orleans, LA 70130-3280 |
| 4010360 | + | Heartland ECSI, P.O. Box 718, Wexford, PA 15090-0718 |
| 4010364 | + | IRS, ATTN: MAIL TEAM, Centralized Insolvency Operation, Mail Stop 5-Q30.133, 2970 Market Street, Philadelphia, PA 19104-5002 |
| 4010366 | + | Jill Penton, 3325 E. Linda Court, Gilbert, AZ 85234-4111 |
| 4010368 | + | Lsu Perkins Loan, 125 T Boyd Hall, Baton Rouge, LA 70803-0110 |
| 4010375 | + | Robert Laurent, Via counsel: King Law Firm, 2912 Canal Street, New Orleans, LA 70119-6304 |
| 4010376 | + | ServiceMac/Movement Mortgage, Attn: Bankruptcy, 9726 Old Bailes Rd, Suite 200, Fort Mill, SC 29707-7882 |
| 4010377 | + | ServiceMac/Movement Mortgage, Po Box 100078, Duluth, GA 30096-9377 |
| 4010380 | + | Stephen Keys d/b/a Pro Comm Construction, Through attorneys: Paul Carriere, 650 Poydras Street, Suite 2300, New Orleans, LA 70130-6162 |
| 4010387 | ++ | UHEAA, PO BOX 145108, SALT LAKE CITY UT 84114-5108 address filed with court:, Uheaa, Att: Bankruptcy, Po Box 145110, Salt Lake City, UT 84114 |
| 4010389 | + | United States Attorney's Office, Eastern District of Louisiana, 650 Poydras St., Suite 1600, New Orleans, LA 70130-7212 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: JON@DETLAWFIRM.COM | Jan 10 2024 19:05:00 | Jonathan R. DeTrinis, DeT Law Firm, LLC, 4000 Bienville Street, Suite C-1, New Orleans, LA 70119 |
| tr | + | Email/Text: ecf@ch13no.com | Jan 10 2024 19:05:00 | S. J. Beaulieu, Jr., 433 Metairie Road, Suite 307, Metairie, LA 70005-4326 |
| smg | ^ | MEBN | Jan 10 2024 19:04:04 | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| smg | | EDI: LADOR | Jan 11 2024 00:05:00 | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Jan 10 2024 19:05:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| smg | | Email/Text: USALAE.Bankruptcy@usdoj.gov | Jan 10 2024 19:05:00 | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| ust | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Jan 10 2024 19:05:00 | Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| 4010340 | + | EDI: GMACFS.COM | | |

Case 24-10025 Doc 20 Filed 01/12/24 Entered 01/12/24 23:19:54 Imaged Certificate of Notice Page 4 of 6

| District/off: 053L-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2024 | Form ID: 309I | Total Noticed: 56 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 4010341 | + | EDI: GMACFS.COM | Jan 11 2024 00:05:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| | | | Jan 11 2024 00:05:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 4010342 | + | Email/Text: bncnotifications@pheaa.org | Jan 10 2024 19:05:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 4010343 | + | Email/Text: bncnotifications@pheaa.org | Jan 10 2024 19:05:00 | American Education Services, Pob 61047, Harrisburg, PA 17106-1047 |
| 4010344 | + | Email/Text: bncnotifications@pheaa.org | Jan 10 2024 19:05:00 | AmericanEducation Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 4010346 | + | EDI: CRFRSTNA.COM | Jan 11 2024 00:05:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4010345 | + | EDI: CAPITALONE.COM | Jan 11 2024 00:05:00 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 4010351 | + | EDI: CITICORP | Jan 11 2024 00:05:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 4010352 | + | EDI: CITICORP | Jan 11 2024 00:05:00 | Costco Citi Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 4010353 | | Email/Text: Fiscal.Service.Bankruptcy.Notices@fiscal.treasury.gov Jan 10 2024 19:05:00 | | Debt Management Servicing Center, PO Box 830794, Birmingham, AL 35283-0794 |
| 4010369 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 10 2024 19:05:00 | Movement Mrg, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 4010354 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 10 2024 19:05:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 4010356 | | Email/Text: bankruptcycourts@equifax.com | Jan 10 2024 19:05:00 | Equifax, P.O. Box 740256, Atlanta, GA 30374 |
| 4010357 | ^ | MEBN | Jan 10 2024 19:03:55 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 4010358 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 10 2024 19:05:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 4010362 | | EDI: IRS.COM | Jan 11 2024 00:05:00 | Internal Revenue Service, P.O. Box 21126, Centralized Insolvency Operation, Philadelphia, PA 19101-7346 |
| 4010363 | + | Email/Text: julie.n.taylor@irscounsel.treas.gov | Jan 10 2024 19:05:00 | Internal Revenue Service, P.O. Box 30509, District Counsel, New Orleans, LA 70190-0509 |
| 4010365 | | Email/Text: rpajares@jeffersonfinancial.org | Jan 10 2024 19:05:00 | Jefferson Financial Credit Union, Attn: Bankruptcy, 7701 Airline Drive, Metairie, LA 70003 |
| 4010347 | | EDI: JPMORGANCHASE | Jan 11 2024 00:05:00 | Chase, P.O. Box 78420, Phoenix, AZ 85062-8420 |
| 4010348 | | EDI: JPMORGANCHASE | Jan 11 2024 00:05:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 4010349 | | EDI: JPMORGANCHASE | Jan 11 2024 00:05:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 4010350 | | EDI: JPMORGANCHASE | Jan 11 2024 00:05:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 4010367 | + | EDI: LADOR | Jan 11 2024 00:05:00 | Louisiana Department of Revenue, P.O. Box 66658, Baton Rouge, LA 70896-6658 |
| 4010370 | + | EDI: NAVIENTFKASMSERV.COM | Jan 11 2024 00:05:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 4010371 | + | EDI: NAVIENTFKASMSERV.COM | Jan 11 2024 00:05:00 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 4010372 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 10 2024 19:05:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, |

| District/off: 053L-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2024 | Form ID: 309I | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | Lincoln, NE 68501-2505 |
| 4010373 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 10 2024 19:05:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 4010374 | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Jan 10 2024 19:05:00 | Office of the U.S. Trustee, Region V, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| 4010379 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 10 2024 19:05:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 4010378 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 10 2024 19:05:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 4010381 | + | EDI: SYNC | Jan 11 2024 00:05:00 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 4010382 | + | EDI: SYNC | Jan 11 2024 00:05:00 | Syncb/car Care Pep B, Po Box 71757, Philadelphia, PA 19176-1757 |
| 4010383 | + | EDI: SYNC | Jan 11 2024 00:05:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4010384 | + | EDI: SYNC | Jan 11 2024 00:05:00 | Synchrony Bank/HHGregg, Po Box 71757, Philadelphia, PA 19176-1757 |
| 4010385 | ^ | MEBN | Jan 10 2024 19:03:56 | Transunion, P.O. Box 2000, Chester, PA 19016-2000 |
| 4010386 | | Email/Text: EDBKNotices@ecmc.org | Jan 10 2024 19:05:00 | U.S. Department of Education, P.O. Box 5609, Greenville, TX 75403-5609 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4010361 | * | Internal Revenue Service, P.O. Box 7346, Centralized Insolvency Operation, Philadelphia, PA 19101-7346 |
| 4010388 | *P++ | UHEAA, PO BOX 145108, SALT LAKE CITY UT 84114-5108, address filed with court:, Uheaa, Po Box 510407, Salt Lake City, UT 84151 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 12, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jonathan R. DeTrinis | on behalf of Debtor William R Penton III JON@DETLAWFIRM.COM, detlawecfmail@gmail.com;detrinisjr67328@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 10, 2024 | Form ID: 309I | Total Noticed: 56 |

Jonathan R. DeTrinis
    on behalf of Debtor Luisa G Penton JON@DETLAWFIRM.COM detlawecfmail@gmail.com;detrinisjr67328@notify.bestcase.com

Office of the U.S. Trustee
    USTPRegion05.NR.ECF@usdoj.gov

S. J. Beaulieu, Jr.
    ecf@ch13no.com

TOTAL: 4