# United States Bankruptcy Court
## Eastern District of Louisiana

WILLIAM R PENTON, III
LUISA G PENTON
1617 N. STARRETT ROAD
METAIRIE LA 70003

24-10025
Chapter 13
Section A

## TRUSTEE'S OBJECTION TO CONFIRMATION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who respectfully recommends that the Court deny confirmation of this case for the following reason or reasons:

1) PLAN FAILS LIQUIDATION     2) NEED DOCUMENTATION OF DEPOSITS INTO ACCOUNT BY WIFES MOTHER

The hearing on confirmation is set for March 27, 2024 at 11:00 a.m..

Attorney for debtor:

JONATHAN R DETRINIS
JON@DETLAWFIRM.COM

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

03/08/2024          by: /s/ Melissa Frilot