Form occnfhrgdbnamdL

**United States Bankruptcy Court**
Eastern District of Louisiana

| | |
|---|---|
| **IN RE** | **BANKRUPTCY CASENUMBER** |
| William R Penton III<br>Luisa G Penton | 24−10025 |
| DEBTOR(S) | CHAPTER 13  SECTION A |

**ORDER**
**ORDER CONTINUING CONFIRMATION HEARING**

Hearing on Confirmation of Debtor's Chapter 13 Plan filed on January 9, 2024, was held on March 27, 2024.

**Present at the hearing**:

Jonathan R. DeTrinis, Counsel for Debtor(s);
Andrew Wiebelt Jr, Counsel for Chapter 13 Trustee

Objection having been filed by Chapter 13 Trustee,

The Court having considered the merits of the Plan, the Objection(s) filed, the arguments of counsel, and for the reasons orally assigned;

**IT IS ORDERED** that hearing on Confirmation of Debtor's Chapter 13 Plan, is continued for **Wednesday, May 1, 2024 at 11:00 AM**, Hale Boggs Federal Building,*SECTION A TeleConference Line: 1−504−517−1385 Access Code 129611, New Orleans, Louisiana 70130.

**IT IS FURTHER ORDERED** that the counsel for debtors shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service evidencing such with three (3) days.

For judicial expediency telephonic hearings for Chapter 13 matters will be called in alphabetical order according to the debtor's attorney's last name, starting at 9:00 a.m. regardless of when the hearing is set.

New Orleans, Louisiana, April 1, 2024.

Meredith S. Grabill

UNITED STATES BANKRUPTCY JUDGE