| United States Bankruptcy Court<br>Eastern District of Louisiana | 24-10025<br>Section A |
|---|---|
| *TRUSTEE'S NOTICE OF INTENTION TO PAY CLAIMS* | Chapter 13 |

| | |
|---|---|
| WILLIAM R PENTON, III<br>LUISA G PENTON<br>1617 N. STARRETT ROAD<br>METAIRIE LA  70003 | Notice is hereby given that the Trustee intends to pay the creditors who have filed claims as listed below. Any party in interest who objects to the payment of any of these claims must file an objection, with service upon the Trustee, the debtor, the debtor's attorney, and the claimant, pursuant to FRBP 3007. Absence of a timely objection will be construed as approval by the debtor of the claims as listed. |

|  | Name | Account Number | Type | Claim Amount |
|---|---|---|---|---|
| 0 | JONATHAN R DETRINIS | NOT PROVIDED | ATTORNEY FEE | 0.00 |
| (no claims have been filed) | | | | |
| 1 | JEFFERSON FINANCIAL FCU | 8765 | DIRECT PAY | 875.80 |
| 2 | SHELLPOINT MORTGAGE SERVICING | 9423 | DIRECT PAY | 234,935.42 |
| 3 | INTERNAL REVENUE SERVICE | 0431 | PRIORITY | 4,566.95 |
| 4 | INTERNAL REVENUE SERVICE | 0431 | UNSECURED | 3,012.17 |
| 5 | LOUISIANA DEPARTMENT OF REVENUE | 0431 | PRIORITY | 4,887.50 |
| 10 | PRA RECEIVABLES MANAGEMENT LLC | 4318 | UNSECURED | 416.06 |
| 13 | JPMORGAN CHASE BANK NA | 0358 | UNSECURED | 360.36 |
| 14 | RESURGENT CAPITAL SERVICES | 6369 | UNSECURED | 355.40 |
| 15 | US DEPARTMENT OF EDUCATION | 0431 | DIRECT PAY | 126,243.97 |
| 16 | US DEPARTMENT OF EDUCATION | 0431 | DIRECT PAY | 59,517.29 |
| 20 | PRA RECEIVABLES MANAGEMENT LLC | 4739 | UNSECURED | 540.98 |
| 25 | NAVIENT SOLUTIONS LLC | 0431 | DIRECT PAY | 2,808.84 |
| 26 | ECMC | 2358 | DIRECT PAY | 580.74 |
| 36 | JILL PENTON | NOT PROVIDED | DSO | 0.00 |
| 37 | ECMC | 0431 | DIRECT PAY | 7,485.63 |
| 38 | LOUISIANA DEPARTMENT OF REVENUE | 0431 | UNSECURED | 1,814.43 |
| 39 | RESURGENT CAPITAL SERVICES | 2501 | UNSECURED | 619.18 |
| 40 | SHELLPOINT MORTGAGE SERVICING | 9423 | PRE PET ARRS | 5,276.17 |

Attorney for Debtor:

JONATHAN R DETRINIS
JON@DETLAWFIRM.COM

/s/  S.J. Beaulieu,Jr.
S.J. Beaulieu, Jr., Chapter 13 Trustee

CERTIFICATE OF SERVICE

I certify that this notice was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

07/18/2024           by:    /s/ Leslie Spain