# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| WILLIAM R PENTON, III<br>LUISA G PENTON<br>1617 N. STARRETT ROAD<br>METAIRIE LA 70003 | 24-10025<br>Chapter 13<br>Section A |

## TRUSTEE'S OBJECTION TO LATE-FILED CLAIM and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Trustee, who prays that the claim filed in this case in the amount of $1,090,556.50 by the below-named creditor be disallowed, as the claim was filed after the bar date. The claim was filed on 07/19/2024; the bar date was 03/19/2024. Grounds for the objection are as followed:

Claimant:

ANDREW LILLY
4907 MAGAZINE STREET
NEW ORLEANS LA 70115

Court's claim #15
Trustee Claim #29

Account #NOT PROVIDED

NOTICE IS HEREBY GIVEN that any party opposing this motion must file an objection or response with the office of the Clerk of Court, with service to the Chapter 13 Trustee, no later than seven days before the scheduled hearing. If an objection is timely filed and served, a hearing on the motion shall be held on:

September 11, 2024 at 9:00 am.

at the *SECTION A TeleConference Line: 1-504-517-1385 Access Code 129611 .

**All cases will be called beginning at 9:00 AM according to debtors attorneys last name, regardless of when the category set.**

Attorney for debtor:

JONATHAN R DETRINIS
JON@DETLAWFIRM.COM

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor and the pertinent creditor, at the addresses listed herein.

08/09/2024          by: Melissa Warren