# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 24-10025 |
| | § | |
| WILLIAM R PENTON, III & | § | CHAPTER 13 |
| LUISA G PENTON, | § | |
| | § | SECTION A |
| DEBTORS. | § | |

## ORDER CONFIRMING CHAPTER 13 PLAN

This matter having been scheduled to come before the Court on July 31, 2024, the Court finds that the plan filed in this case on January 9, 2024, as modified by Amendment filed on July 10, 2024, complies with 11 U.S.C. 1325; therefore:

**IT IS ORDERED:**

1. This Court has jurisdiction to confirm the plan under 28 U.S.C. § 1334(b). The matter before the Court is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).

2. That the plan is confirmed and that the debtors shall make payments to the trustee and to any other parties according to the terms specified in the plan.

3. That the amounts specified in the plan payable to secured or priority claimants will be: 1) the amount allowed by the Court upon the timely filing of a proof of claim in compliance with Bankruptcy Rule 3001 after objections, if any, have been resolved; or 2) the amount allowed upon the filing of a proof of claim by the debtors or trustee on behalf of a secured or priority creditor pursuant to 11 U.S.C. §503(c) and Bankruptcy Rule 3004 after objections, if any, have been resolved.

4. That the filing of a proof of claim on behalf of a claimant by the debtors or the trustee shall not constitute an admission of the existence, nature, or amounts due or any security for the claim, nor shall the filing of a proof of claim by the debtors or trustee waive any right to object to same.

5. That any creditor holding an allowed secured claim provided for by the plan shall retain the lien securing such claim until the earlier of (a) the payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328. If this case is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable nonbankruptcy law as provided for by under 11 U.S.C. § 1325(a)(5)(B)(i).

6. That all proceeds from the sale of property, proceeds from lawsuits or settlements, or tax refunds payable to the debtors shall be turned over to the trustee for administration.

7. That the debtors shall provide the trustee, at least once every six months until the case is closed, a report of the status of any pending or potential lawsuit in which the debtors are or may be a plaintiff.

8. That in cases filed on or after September 16, 2009, the debtors' Certification of Completion of Post-Petition Instructional Course Concerning Personal Financial Management (Official Form 23) is due no later than the date when the last payment is made by the debtors as required by the plan or filing of a motion for a discharge under §1328(b) of the Code.

9. Paragraph 4.1 of the plan is modified as follows: Debtors shall file both Federal and State Income tax returns timely. Debtors shall provide a copy of same to the Trustee immediately after filing. Debtors is allowed to retain the Earned Income Credit (EIC) portion of any refund, if claimed as exempt on Schedule C. Per the Fifth Circuit's holding in *Diaz v. Viegelahn (In re Diaz)*, No. 19-50982 (5th Cir. Aug. 26, 2020), below-median debtors may retain any amount of tax refunds that are deemed by the Court to be used to finance reasonably necessary expenses for their maintenance and support.

10. That any and all objections to confirmation that were not withdrawn are denied.

New Orleans, Louisiana, August 8, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Louisiana

| | |
|---|---|
| In re: | Case No. 24-10025-MSG |
| William R Penton, III | Chapter 13 |
| Luisa G Penton | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 08, 2024 | Form ID: pdf882 | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | William R Penton, III, Luisa G Penton, 1617 N. Starrett Road, Metairie, LA 70003-5747 |
| 4010355 | + | Dr. Denise Florane, 83453 Neal Cemetary Road, Folsom, LA 70437-7105 |
| 4010359 | + | Gus Fritchie, 400 Poydras Street, Suite 2700, New Orleans, LA 70130-3280 |
| 4010360 | + | Heartland ECSI, P.O. Box 718, Wexford, PA 15090-0718 |
| 4010364 | + | IRS, ATTN: MAIL TEAM, Centralized Insolvency Operation, Mail Stop 5-Q30.133, 2970 Market Street, Philadelphia, PA 19104-5002 |
| 4010366 | + | Jill Penton, 3325 E. Linda Court, Gilbert, AZ 85234-4111 |
| 4010368 | + | Lsu Perkins Loan, 125 T Boyd Hall, Baton Rouge, LA 70803-0110 |
| 4010375 | + | Robert Laurent, Via counsel: King Law Firm, 2912 Canal Street, New Orleans, LA 70119-6304 |
| 4053441 | + | Robert Laurent, 201 Little Bayou Lane, Kenner, LA 70065-6612 |
| 4010380 | + | Stephen Keys d/b/a Pro Comm Construction, Through attorneys: Paul Carriere, 650 Poydras Street, Suite 2300, New Orleans, LA 70130-6162 |
| 4010387 | ++ | UHEAA, PO BOX 145108, SALT LAKE CITY UT 84114-5108 address filed with court:, Uheaa, Att: Bankruptcy, Po Box 145110, Salt Lake City, UT 84114 |
| 4010389 | + | United States Attorney's Office, Eastern District of Louisiana, 650 Poydras St., Suite 1600, New Orleans, LA 70130-7212 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | ^ | MEBN | Aug 08 2024 19:04:22 | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| smg | | Email/Text: LDRBankruptcy.EBN@la.gov | Aug 08 2024 19:04:00 | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Aug 08 2024 19:04:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| smg | | Email/Text: USALAE.Bankruptcy@usdoj.gov | Aug 08 2024 19:04:00 | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| 4010340 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 08 2024 19:04:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 4010341 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 08 2024 19:04:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 4010342 | + | Email/Text: bncnotifications@pheaa.org | Aug 08 2024 19:04:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 4010343 | + | Email/Text: bncnotifications@pheaa.org | Aug 08 2024 19:04:00 | American Education Services, Pob 61047, Harrisburg, PA 17106-1047 |

Case 24-10025 Doc 40 Filed 08/10/24 Entered 08/10/24 23:17:22 Imaged Certificate of Notice Page 4 of 6

| District/off: 053L-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: pdf882 | Total Noticed: 69 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 4010344 | + | Email/Text: bncnotifications@pheaa.org | Aug 08 2024 19:04:00 | AmericanEducation Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 4010346 | + | Email/Text: BKPT@cfna.com | Aug 08 2024 19:04:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4010345 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2024 19:10:39 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 4010351 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2024 19:10:16 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 4010352 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2024 19:10:29 | Costco Citi Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 4012828 | ^ | MEBN | Aug 08 2024 19:04:49 | DEAN MORRIS, L.L.C., 1505 North 19th Street, Monroe, LA 71201-4941 |
| 4010353 | | Email/Text: Fiscal.Service.Bankruptcy.Notices@fiscal.treasury.gov | Aug 08 2024 19:04:00 | Debt Management Servicing Center, PO Box 830794, Birmingham, AL 35283-0794 |
| 4010369 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 08 2024 19:04:00 | Movement Mrg, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 4010354 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 08 2024 19:04:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 4013169 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 08 2024 19:04:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 4010356 | | Email/Text: bankruptcycourts@equifax.com | Aug 08 2024 19:04:00 | Equifax, P.O. Box 740256, Atlanta, GA 30374 |
| 4010357 | ^ | MEBN | Aug 08 2024 19:03:07 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 4010358 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 08 2024 19:04:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 4010362 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2024 19:04:00 | Internal Revenue Service, P.O. Box 21126, Centralized Insolvency Operation, Philadelphia, PA 19101-7346 |
| 4010363 | + | Email/Text: julie.n.taylor@irscounsel.treas.gov | Aug 08 2024 19:04:00 | Internal Revenue Service, P.O. Box 30509, District Counsel, New Orleans, LA 70190-0509 |
| 4010365 | | Email/Text: rpajares@jeffersonfinancial.org | Aug 08 2024 19:03:00 | Jefferson Financial Credit Union, Attn: Bankruptcy, 7701 Airline Drive, Metairie, LA 70003 |
| 4011888 | | Email/Text: rpajares@jeffersonfinancial.org | Aug 08 2024 19:03:00 | Jefferson Financial Federal Credit Union, 4141 Veterans Blvd., Suite 101, Metairie, LA 70002 |
| 4010347 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2024 19:10:18 | Chase, P.O. Box 78420, Phoenix, AZ 85062-8420 |
| 4010348 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2024 19:10:15 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 4010349 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2024 19:10:27 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 4010350 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2024 19:10:39 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 4014621 | + | Email/Text: RASEBN@raslg.com | Aug 08 2024 19:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 4024996 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 19:10:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4010367 | + | Email/Text: LDRBankruptcy.EBN@la.gov | Aug 08 2024 19:04:00 | Louisiana Department of Revenue, P.O. Box 66658, Baton Rouge, LA 70896-6658 |
| 4015153 | + | Email/Text: LDRBankruptcy.EBN@la.gov | Aug 08 2024 19:04:00 | Louisiana Department of Revenue, Bankruptcy Section, P.O. Box 66658, Baton Rouge, LA |

Case 24-10025 Doc 40 Filed 08/10/24 Entered 08/10/24 23:17:22 Imaged Certificate of Notice Page 5 of 6

| District/off: 053L-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: pdf882 | Total Noticed: 69 |

| | | | |
|---|---|---|---|
| 4019505 | Email/PDF: pa_dc_claims@navient.com | Aug 08 2024 19:10:27 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 4010370 | + Email/PDF: pa_dc_claims@navient.com | Aug 08 2024 19:10:17 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 4010371 | + Email/PDF: pa_dc_claims@navient.com | Aug 08 2024 19:10:17 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 4010372 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 08 2024 19:04:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 4010373 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 08 2024 19:04:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 4011931 | Email/Text: ECMCBKNotices@ecmc.org | Aug 08 2024 19:04:00 | Nelnet on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 4026371 | Email/Text: mtgbk@shellpointmtg.com | Aug 08 2024 19:04:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 4012547 | ^ MEBN | Aug 08 2024 19:04:49 | Newrez LLC d/b/a/ Shellpoint Mortgage Servicing, c/o Dean Morris, LLC, 1505 North 19th Street, Monroe, LA 71201-4941 |
| 4010374 | + Email/Text: ustpregion05.nr.ecf@usdoj.gov | Aug 08 2024 19:04:00 | Office of the U.S. Trustee, Region V, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| 4025657 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2024 19:10:29 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 4025035 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2024 19:10:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4010376 | ^ MEBN | Aug 08 2024 19:05:08 | ServiceMac/Movement Mortgage, Attn: Bankruptcy, 9726 Old Bailes Rd, Suite 200, Fort Mill, SC 29707-7882 |
| 4010377 | ^ MEBN | Aug 08 2024 19:05:08 | ServiceMac/Movement Mortgage, Po Box 100078, Duluth, GA 30096-9377 |
| 4010379 | + Email/Text: mtgbk@shellpointmtg.com | Aug 08 2024 19:04:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 4010378 | + Email/Text: mtgbk@shellpointmtg.com | Aug 08 2024 19:04:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 4010381 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 19:10:16 | Syncb/car Care Pep B, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 4010382 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 19:10:26 | Syncb/car Care Pep B, Po Box 71757, Philadelphia, PA 19176-1757 |
| 4010383 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 19:10:15 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4010384 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2024 19:20:53 | Synchrony Bank/HHGregg, Po Box 71757, Philadelphia, PA 19176-1757 |
| 4010385 | ^ MEBN | Aug 08 2024 19:03:10 | Transunion, P.O. Box 2000, Chester, PA 19016-2000 |
| 4017369 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 19:10:40 | Tulane University Hospital & Clinic, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 4010386 | Email/Text: EDBKNotices@ecmc.org | Aug 08 2024 19:04:00 | U.S. Department of Education, P.O. Box 5609, Greenville, TX 75403-5609 |
| 4017161 | Email/Text: EDBKNotices@ecmc.org | Aug 08 2024 19:04:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |

| District/off: 053L-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: pdf882 | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| 4013085 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Aug 08 2024 19:04:00 | | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4010361 | * | Internal Revenue Service, P.O. Box 7346, Centralized Insolvency Operation, Philadelphia, PA 19101-7346 |
| 4026373 | * | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 4010388 | *P++ | UHEAA, PO BOX 145108, SALT LAKE CITY UT 84114-5108, address filed with court:, Uheaa, Po Box 510407, Salt Lake City, UT 84151 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Crowell Price | on behalf of Creditor Newrez LLC d/b/a/ Shellpoint Mortgage Servicing elizabeth.price@ms.creditorlawyers.com bkcourtemails@creditorlawyers.com |
| Jonathan R. DeTrinis | on behalf of Debtor William R Penton III JON@DETLAWFIRM.COM, detlawecfmail@gmail.com;detrinisjr67328@notify.bestcase.com |
| Jonathan R. DeTrinis | on behalf of Debtor Luisa G Penton JON@DETLAWFIRM.COM detlawecfmail@gmail.com;detrinisjr67328@notify.bestcase.com |
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |
| S. J. Beaulieu, Jr. | ecf@ch13no.com |

TOTAL: 5